# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| STEVEN L. SPILLMAN | * | CIVIL ACTION NO. 18-0647 |
| vs. | * | JUDGE TERRY A. DOUGHTY |
| JAY RUSSELL ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Defendants' motion for summary judgment [doc. # 39] is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the claims asserted against Sheriff Russell, Warden Johnson, and Nurse Norman in their official capacities are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the claims asserted against Sheriff Russell and Warden Johnson in their individual capacities are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's deliberate indifference claim against Nurse Norman for the failure to treat his condition, providing inadequate medication, and the refusal to send him to an orthopedic specialist is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants' motion is **DENIED** to the extent it seeks dismissal of Plaintiff's deliberate indifference claim against Nurse Norman for confiscating Plaintiff's leg brace.

THUS DONE AND SIGNED this 14th day of August, 2019, in Monroe, Louisiana.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE